IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              NO. 4:05cr00063-01 GH

ROBERT LEE PHILLIPS                                                   DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant's motion to suppress (docket entry #28) is hereby denied.

IT IS SO ORDERED this 8th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE